**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email: kholmstrom@lrrc.com
**Nicole M. True** (State Bar No. 032576)
Direct Dial: 602.262.5389
Direct Fax: 602.262.5747
Email: ntrue@lrrc.com

*Attorneys for Defendant Life Insurance Company of North America*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Scott McElroy,<br><br>  Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America, a foreign insurer; Honeywell International, Inc. Group Policy,<br><br>  Defendant. | No. 2:16-cv-02681-DJH<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff's disability claim having been reinstated, the parties stipulate that the Court shall dismiss this matter with prejudice, except that this dismissal will not preclude Plaintiff from seeking benefits in the future. Each party will bear its own attorneys' fees and costs.

DATED this 22nd day of September, 2017.

SCHIFFMAN LAW OFFICE PC

By: */s/ Lisa Counters (w/permission)*
   Lisa Counters
*Attorneys for Plaintiff*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kristina N. Holmstrom*
   Kristina N. Holmstrom
   Nicole M. True
   *Attorneys for Defendant Life Insurance Company of North America*

101973435_1